IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MR. EXCAVATOR, INC. | ) | Case No.: 1:20-cv-00304 |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Judge: Susan J. Dlott |
| vs. | ) | |
| | ) | Magistrate Judge: Stephanie K. Bowman |
| THE CINCINNATI INSURANCE COMPANY, et al. | ) | ORDER |
| | ) | |
| DEFENDANTS. | ) | |

THIS COURT, having considered Plaintiff Mr. Excavator, Inc.'s ("Plaintiff") *Request for Dismissal of Action with Prejudice,* hereby **ORDERS**:

1. Plaintiffs' Request for Dismissal of Action with Prejudice is **GRANTED.**

2. All of Plaintiff's claims against Defendants The Cincinnati Insurance Company and Black Horse Construction, LLC are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

Dated: Oct 1, 2020.

_Susan J. Dlott_
United States District Judge

12144922.2